No opinion. Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

JOICE M. GIBSON, Respondent, v. WALTER C. GIBSON, Appellant. (Appeal No. 1.)

No opinion. Close, P. J., Hagarty, Carswell, Johnston and Taylor, JJ., concur.

JOICE M. GIBSON, Respondent, v. WALTER C. GIBSON, Appellant. (Appeal No. 2.)

Close, P. J., Hagarty, Carswell and Johnston, JJ., concur; Taylor, J., concurs in the result. [179 Misc. 661.]

ARNO G. HOEPPNER, Respondent, v. GEVAERT PHOTO-PRODUCTEN, N. V., Defendant, and GEVAERT COMPANY OF AMERICA, INC., Defendant-Appellant.—

No opinion. Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

In the Matter of the Application of JOHN ROSE, Appellant, for Payment of Additional Interest on an Award Made in a Proceeding to Acquire Title to the Addition to the Public Beach, Brooklyn. CITY OF NEW YORK, Respondent.—

Close, P. J., Hagarty, Johnston, Taylor and Lewis, JJ., concur.

FRANK C. KOWALCZYK, Respondent, v. SOUTH BAY CONSOLIDATED WATER COMPANY, INC., Appellant, et al., Defendants.—